IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division



FILED
IN OPEN COURT

MAR 1 1 2024

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL** |
| ) | |
| v. ) | CRIMINAL NO. 4:24-cr-___ |
| ) | |
| BARRY DESOTA ALLEN, SR. a/k/a "B" ) | 21 U.S.C. §§ 846 and 841 |
| a/k/a "Black" a/k/a "Blaque" ) | Conspiracy to Distribute and Possess with |
| (Counts 1, 9, 10, 11) ) | Intent to Distribute Fentanyl, Cocaine, |
| ) | Cocaine Base, and Heroin |
| AARON DAUNTE MELVIN ) | (Count 1) |
| (Counts 1, 5, 6) ) | |
| ) | 21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(C) |
| BRANDON JAMES MONROE ) | Distribution of Fentanyl and Cocaine Base |
| (Counts 1, 2, 3, 4, 7, 8) ) | (Counts 2, 3, 5, 7, 8, 9, 11) |
| ) | |
| VINCENT CLAY MURPHY a/k/a ) | 21 U.S.C. § 843(b) |
| "Hoppy" a/k/a "Hoppie" a/k/a "Durret" ) | Use of a Communication Facility in |
| a/k/a "Guy Smith" ) | Furtherance of Drug Trafficking |
| (Counts 1, 7, 9, 10) ) | (Counts 4, 6, 10) |
| ) | |
| TYRAN DESOTA TRAPP a/k/a "Ty" ) | 21 U.S.C. § 853 |
| a/k/a "Cuz" ) | Forfeiture Allegation |
| (Counts 1, 11) ) | |
| ) | |

**INDICTMENT**

March 2024 Term – at Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about or between 2020 and 2023, in the Eastern District of Virginia and elsewhere,

the defendants, BARRY DESOTA ALLEN, SR. a/k/a "B" a/k/a "Black" a/k/a "Blaque,"

AARON DAUNTE MELVIN, BRANDON JAMES MONROE, VINCENT CLAY MURPHY

a/k/a "Hoppy" a/k/a "Hoppie" a/k/a "Durret" a/k/a "Guy Smith," and TYRAN DESOTA TRAPP

a/k/a "Ty" a/k/a "Cuz" did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

1.      Distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

2.      Possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

3.      Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

4.      Possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

5.      Distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

6.      Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2

7.      Distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

8.      Possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

(All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and
841(b)(1)(A), (C).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 7, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BRANDON JAMES MONROE, did unlawfully, knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 1, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BRANDON JAMES MONROE, did unlawfully, knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 1, 2022, in the Eastern District of Virginia and elsewhere, the defendant, BRANDON JAMES MONROE, did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this Indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this Indictment.

(All in violation of Title 21, United States Code, Section 843(b).)

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 16, 2022, in Hampton, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, AARON DAUNTE MELVIN, did unlawfully, knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 16, 2022, in the Eastern District of Virginia and elsewhere, the defendant, AARON DAUNTE MELVIN, did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this Indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this Indictment.

(All in violation of Title 21, United States Code, Section 843(b).)

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 22, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendants, BRANDON JAMES MONROE and VINCENT CLAY MURPHY, did unlawfully, knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 8, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BRANDON JAMES MONROE, did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).)

## COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 23, 2022, in Hampton, Virginia, in the Eastern District of Virginia and elsewhere, the defendants, BARRY DESOTA ALLEN, SR. and VINCENT CLAY MURPHY, did unlawfully, knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT TEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 23, 2022, in the Eastern District of Virginia and elsewhere, the defendants, BARRY DESOTA ALLEN, SR. and VINCENT CLAY MURPHY, did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this Indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this Indictment.

(All in violation of Title 21, United States Code, Section 843(b).)

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 28, 2022, in Hampton, Virginia, in the Eastern District of Virginia and elsewhere, the defendants, BARRY DESOTA ALLEN, SR. and TYRAN DESOTA TRAPP, did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).)

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      The defendants, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a.  Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

    b.  Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 21, United States Code, Section 853.)

14

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. BARRY DESOTA ALLEN, SR., ET AL.  4:24-cr-__17__

A TRUE BILL:

**REDACTED COPY**

_____

F O R E P E R S O N

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov