AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

TYRAN DESOTA TRAPP

Case No. 4:24cr17

FID 11650943
ATF

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyran Desota Trapp,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Cocaine, Cocaine Base, and Heroin (Count One, et al)

Date: 03/12/2024

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03.12.2024, and the person was arrested on *(date)* 03.26.2024
at *(city and state)* HAMPTON, VA

FILED IN OPEN COURT
MAR 2 6 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: 03.26.2024

*Arresting officer's signature*

JENNIFER HO, SA
*Printed name and title*